**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1968**

_____

SHARON BROWN WILLIAMS,

       Plaintiff - Appellant,

   v.

HORRY GEORGETOWN TECHNICAL COLLEGE,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Mary G. Lewis, District Judge.
(4:11-cv-00429-MGL)

_____

Submitted:  December 16, 2014     Decided:  December 18, 2014

_____

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Sharon Brown Williams, Appellant Pro Se.  Charles J. Boykin,
Kenneth A. Davis, Deidre D. Laws, BOYKIN & DAVIS, LLC, Columbia,
South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Brown Williams seeks to appeal the district court's order denying her motions to reconsider the court's dismissal of her Title VII complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on August 13, 2014. The notice of appeal was filed on September 15, 2014, thirty-three days later. Because Williams failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED